UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPORN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDEA AMERICA CORPORATION,<br><br>　　　　Defendant. | Case No. 21-cv-03823-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 30, 2021.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 7, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

　　**IT IS SO ORDERED.**

Dated: August 2, 2021

_____
Richard Seeborg
Chief United States District Judge