# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SPORN,** **Individually and On Behalf Of Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**MIDEA AMERICA CORPORATION,**<br><br>Defendant. | Case No. 3:21-cv-03823-RS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANTTO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Good causing appearing, the stipulated request of Plaintiff MICHAEL SPORN, ("Plaintiff") and MIDEA AMERICA CORPORATION ("Defendant") for dismissal of the action in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the claims of the putative class members, is hereby GRANTED.

1

1  Each party to bear their own attorney's fees and costs.

2      **IT IS SO ORDERED**.

4  Dated: September 1, 2021        _____
5                                U.S. DISTRICT JUDGE
6                                JUDGE RICHARD SEEBORG

2

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANTTO FED. R. CIV. P. 41(A)(1)(A)(II)
Case No.: 3:21-cv-03823-RS